# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rodrigo Guerra, Jr., | ) | Case No. 4:13-po-010 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in Violation Notice No. 3658945 with the offense of unlawful possession of controlled substances. He was scheduled to make his initial appearance on this violation notices on August 23, 2013. He did not appear as scheduled, however, and the court issued warrants for his arrest.

The arrest warrant for defendant (Docket No. 4) is **QUASHED**. Defendant's initial appearance on the violation notices shall be rescheduled for February 11, 2013, at 11:00 a.m. at the United States Courthouse, 100 1st St. SW, Minot, North Dakota.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court